■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CUMMINGS.— Concur— Stevens, P. J., Capozzoli, McGivern, McNally and Eager, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRES MILLER, Appellant.— No opinion. Concur— Stevens, P. J., Capozzoli, McGivern, McNally and Eager, JJ.